**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. PWG-14-0054** |
| | * | |
| **KEVIN A. HENSON,** | * | |
| | * | |
| Defendant-Appellee. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM OPINION AND ORDER**

The United States appeals the magistrate judge's decision in *United States v. Kevin A. Henson*, No. TMD-13-po-2937, pursuant to Fed. R. Crim. P. 58(g)(2)(A) and 18 U.S.C. § 3731. ECF No. 1.[1] Because the material facts and procedural posture of this case are equivalent to those in *United States v. Brandon Brooks*, PWG-14-0053, I will reverse the decision below for the reasons outlined in the Memorandum Opinion issued in *Brooks* on this same date which I incorporate by reference.

Therefore, it is this 16th day of May, 2014, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The February 3, 2014 in-court order granting a motion to suppress filed by Appellee Kevin A. Henson, Feb. 3, 2014 Suppression Hr'g Tr. 62:12, ECF No. 5-4, is REVERSED;

2. The case is REMANDED for further proceedings consistent with the foregoing Memorandum Opinion; and

---

[1] The Government's Brief, ECF No. 5, was filed on March 6, 2014, and the time for Defendant-Appellee to respond has elapsed. The record before me clearly outlines the issue on appeal, and no hearing is necessary. Loc. R. 302.1.

3. The Clerk is directed to transmit copies of the foregoing Memorandum Opinion and this Order to counsel for the parties and to CLOSE this case.

/S/
Paul W. Grimm
United States District Judge
